IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JACQUELINE DENOYER, | : | CIVIL ACTION |
| Plaintiff, | : | No.: 19-cv-01010 |
| v. | : | Hon. Paul. L. Maloney |
| VOCES, INC., | : | |
| Defendant. | : | |

**JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the parties to the above-captioned case have reached a settlement of Plaintiff's unpaid wages in this matter. The parties continue to negotiate payment of Plaintiff's attorneys' fees and costs. As such, the parties request that the Court allow until March 30, 2020 for the parties to file a joint motion for FLSA settlement approval and, if necessary, Plaintiff's petition for attorneys' fees and costs. The parties also request that this Court postpone any and all upcoming deadlines in anticipation of the forthcoming filing(s).

Dated:  March 9, 2020

Respectfully submitted,

| | |
|---|---|
| */s/Jesse L. Young* | */s/Kent A. Bieberich* |
| Jesse L. Young (P72614) | Kent A. Bieberich (P52978) |
| Kreis, Enderle, Hudgins & Borsos, P.C. | Humbarger, Zebell & Bieberich, P.C. |
| 8225 Moorsbridge, PO Box 4010 | 3 Heritage Oak Lane |
| Kalamazoo, Michigan 49003-4010 | Battle Creek, Michigan 49015 |
| (269) 321-2311 | (269) 979-3990 |
| jyoung@kreisenderle.com | kbieberich@hzpelaw.net |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |