IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACQUELINE DENOYER, | CIVIL ACTION |
| Plaintiff, | No.: 19-cv-01010 |
| v. | Hon. Paul. L. Maloney |
| VOCES, INC., | |
| Defendant. | |

**ORDER APPROVING FAIR LABOR STANDARDS ACT SETTLEMENT**

Upon the parties' filing a Joint Motion for Approval of Fair Labor Standards Act Settlement, and the Court being fully advised in the premises;

The Court finds that, as a result of contested litigation, a bona fide dispute was resolved between the parties and a fair and reasonable settlement was reached;

IT IS HEREBY ORDERED that the Settlement Agreement reached between the parties is approved in its entirety;

IT IS FURTHER ORDERED that Plaintiff's claim will be dismissed with prejudice and without additional costs or attorney fees to either party.

IT IS SO ORDERED:


Date:   April 13, 2020                      /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge